UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADFORD P. GOODMAN and PETER W. GOODMAN,<br><br>Plaintiffs,<br><br>v.<br><br>HEAT AND FROST INSULATORS AND ALLIED WORKERS LOCAL 82, et al.,<br><br>Defendants. | NO: 2:17-CV-0010-TOR<br><br>ORDER OF DISMISSAL |

On June 12, 2017, the Court issued an order directing Plaintiffs to show cause on or before June 26, 2017, why this matter should not be dismissed for failure to properly serve Defendants. ECF No. 9. Plaintiffs have not responded to the order to show cause, nor filed proof of service showing Defendants have been properly served with a copy of the summons and complaint. Over 180 days have expired since the Complaint was filed.

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 4(m), this matter is **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order, furnish a copy to Plaintiffs, and **CLOSE** the file.

**DATED** July 6, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2